FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

| Case No: | 19-10176 R | Judge: DANA L. RASURE | Trustee Name: | STEVEN W. SOULE, TRUSTEE |
|---|---|---|---|---|
| Case Name: | AGHA, NAJIB S. | | Date Filed (f) or Converted (c): | 02/01/19 (f) |
| | | | 341(a) Meeting Date: | 03/05/19 |
| For Period Ending: | 06/30/20 | | Claims Bar Date: | 12/03/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single-family home, Subdivision: GREENS AT CEDAR | 326,000.00 | 269,008.00 | | 0.00 | 269,008.00 |
| 2. Subdivision: WILLOW CREEK RESUB LIVINGSTON PARK B2 | 31,500.00 | 0.00 | | 0.00 | FA |
| 3. Subdivision: UNPLATTEDLegal: BEG 35E NWC SW TH S22 | 256,000.00 | 152,000.00 | | 0.00 | 152,000.00 |
| 4. household goods and furnishings | 2,200.00 | 0.00 | | 0.00 | FA |
| 5. desktop computer | 100.00 | 0.00 | | 0.00 | FA |
| 6. clothing | 400.00 | 0.00 | | 0.00 | FA |
| 7. Arvest Bank #5022 (Quality Car Deal Inc.) | 0.14 | 0.00 | | 0.00 | FA |
| 8. IBC Bank #1616 (business checking, joint account w | 644.00 | 0.00 | | 0.00 | FA |
| 9. Leena's Mediterranean Grill chairs, tables, (equip | 3,100.00 | 0.00 | | 0.00 | FA |
| 10. Quality Car Deal: Used cars (these cars are bought | 24,375.00 | Unknown | | 0.00 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $644,319.14 | $421,008.00 | | $0.00 | $421,008.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee hiring auctioneer to sell real estate.

Trustee is investigating equity in non-homestead real estate and business.

Initial Projected Date of Final Report (TFR): 02/28/20   Current Projected Date of Final Report (TFR): 11/30/20

LFORM1

Ver: 22.02e